**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DOMINGO CANSECO-RODRIGUEZ,
AKA Domingo Conseco Rodriguez,

       Petitioner,

v.

LORETTA E. LYNCH, Attorney General,

       Respondent.

No.    15-71170

Agency No. A091-814-678

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted December 14, 2016[**]

Before:    WALLACE, LEAVY, and FISHER, Circuit Judges.

Domingo Canseco-Rodriguez, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's ("IJ") decision denying his application for cancellation of

removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

evidence the agency's continuous physical presence determination. *Lopez-Alvarado v. Ashcroft*, 381 F.3d 847, 850-51 (9th Cir. 2004). We deny the petition for review.

Substantial evidence supports the agency's determination that Canseco-Rodriguez failed to provide sufficient testimonial and documentary evidence to establish the requisite ten years of continuous physical presence in the United States. *See* 8 U.S.C. § 1229b(b)(1)(A), (d)(1).

We reject Canseco-Rodriguez's contention that the agency failed to analyze all relevant evidence. *See Najmabadi v. Holder*, 597 F.3d 983, 990-91 (9th Cir. 2010) (holding the BIA adequately considered evidence and sufficiently announced its decision).

**PETITION FOR REVIEW DENIED.**